**JS-6 / ENTERED**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW WIMBERLY,<br><br>      Plaintiff,<br><br>   vs.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of the Social<br>Security Administration,<br><br>      Defendant. | Case No. CV 11-4933-JPR<br><br>**JUDGMENT** |

    For the reasons set forth in the accompanying Memorandum and Order, it is hereby ADJUDGED AND DECREED THAT (1) Plaintiff's motion for summary judgment is DENIED; (2) the Commissioner's motion for summary judgment is GRANTED; and (3) judgment is hereby entered in the Commissioner's favor.

DATED: February 21, 2012

                         JEAN ROSENBLUTH
                         U.S. MAGISTRATE JUDGE