**JS-6 / ENTERED**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW WIMBERLY, | Case No. CV 11-4933-JPR |
| Plaintiff, | |
| vs. | **JUDGMENT** |
| MICHAEL J. ASTRUE, Commissioner of the Social Security Administration, | |
| Defendant. | |

    For the reasons set forth in the accompanying Memorandum and Order, it is hereby ADJUDGED AND DECREED THAT (1) Plaintiff's motion for summary judgment is DENIED; (2) the Commissioner's motion for summary judgment is GRANTED; and (3) judgment is hereby entered in the Commissioner's favor.

DATED: February 21, 2012      _____
                                               JEAN ROSENBLUTH
                                               U.S. MAGISTRATE JUDGE